86 P.3d 1000

# SUPREME COURT OF HAWAI'I

Realty Finance, Inc. v. Schmidt ..................... 23441    03/18/2004    Reversed

State v. Rodriguez ................................ 22978    03/24/2004    Vacated & remanded